IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AAR PARTS TRADING, INC., | |
| Plaintiff, | |
| v. | No. 08 C 433 |
| LINEAS AEREAS AZTECA S.A. de C.V., | Judge Guzman |
| Defendant. | |

**FEDERAL RULE 41(a)(1) NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff AAR Parts Trading, Inc. hereby provides notice of dismissal of this action without prejudice.


Dated: March 20, 2008                /s/ John M. Murphy
                                     One of the Attorneys for Plaintiff,
                                     AAR PARTS TRADING, INC.


John M. Murphy (No. 6199316)
Peter P. Tomczak (No. 6278608)
BAKER & McKENZIE LLP
One Prudential Plaza
130 East Randolph Drive
Chicago, Illinois   60601
(312) 861-8000


CHIDMS1/2607554.1