IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AAR PARTS TRADING, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>LINEAS AEREAS AZTECA S.A. de C.V.,<br><br>    Defendant. | No.  08 C 433<br><br>Judge Guzman |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on March 20, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, plaintiff's **Federal Rule 41(a)(1) Notice of Dismissal**.

                                                                Respectfully submitted,

Dated:  March 20, 2008                    /s/ John M. Murphy
                                                                One of the Attorneys for Plaintiff,
                                                                AAR PARTS TRADING, INC.

John M. Murphy (No. 6199316)
Peter P. Tomczak (No. 6278608)
BAKER & McKENZIE LLP
One Prudential Plaza
130 East Randolph Drive
Chicago, Illinois   60601
(312) 861-8000

CHIDMS1/2607554.1